UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In Re:   JOSE MADRIGAL                               §         Case No.: 11-18946
         LISA MADRIGAL                               §
                                                     §
         Debtor(s)                                   §
------------------------------------------------------------------------

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The trustee declares as follows:

1)  The case was filed on 05/03/2011.

2)  This case was confirmed on 08/08/2011.

3)  The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 08/22/2011.

4)  The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5)  The case was dismissed on 03/19/2012.

6)  Number of months from filing to the last payment:  10

7)  Number of months case was pending:  14

8)  Total value of assets abandoned by court order:  NA

9)  Total value of assets exempted: $    42,800.00

10) Amount of unsecured claims discharged without payment $       .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $ 19,097.00 |
| Less amount refunded to debtor | $ 881.22 |
| **NET RECEIPTS** | $ 18,215.78 |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid through the Plan | $ 3,500.00 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 600.75 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 4,100.75 |
| Attorney fees paid and disclosed by debtor | $ .00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| FIFTH THIRD BANK | SECURED | 208,380.00 | 193,540.60 | .00 | .00 | .00 |
| FIFTH THIRD BANK | SECURED | 21,000.00 | 25,415.30 | 25,915.30 | 11,965.03 | .00 |
| FIFTH THIRD MTG CO | OTHER | .00 | NA | NA | .00 | .00 |
| FIFTH THIRD BANK | OTHER | .00 | NA | NA | .00 | .00 |
| CAPITAL ONE AUTO FIN | SECURED | 8,100.00 | 10,977.95 | 10,977.95 | 1,858.87 | 291.13 |
| CAPITAL ONE AUTO FIN | OTHER | .00 | NA | NA | .00 | .00 |
| COOK COUNTY TREASURE | SECURED | 5,490.00 | .00 | .00 | .00 | .00 |
| NELNET LOANS | PRIORITY | 8,630.00 | NA | NA | .00 | .00 |
| US DEPT OF EDUCATION | PRIORITY | 9,550.00 | NA | NA | .00 | .00 |
| ACS/DEPT OF EDUCATIO | PRIORITY | 3,170.00 | NA | NA | .00 | .00 |
| DEPT OF EDUCATION/NE | PRIORITY | 3,170.00 | NA | NA | .00 | .00 |
| EDFL SVCS/IDAPP | PRIORITY | 3,890.00 | NA | NA | .00 | .00 |
| EDFL SVCS/IDAPP | PRIORITY | 2,160.00 | NA | NA | .00 | .00 |
| ADVENTIST LA GRANGE | UNSECURED | 370.00 | NA | NA | .00 | .00 |
| ADVENTIST LAGRANGE H | UNSECURED | 2,100.00 | NA | NA | .00 | .00 |
| ADVENTIST LAGRANGE H | UNSECURED | 400.00 | NA | NA | .00 | .00 |
| ADVENTIST LAGRANGE H | UNSECURED | 2,100.00 | NA | NA | .00 | .00 |
| ADVENTIST LAGRANGE M | UNSECURED | 370.00 | NA | NA | .00 | .00 |
| AFLAC | UNSECURED | 700.00 | .00 | 700.67 | .00 | .00 |
| AFLAC | UNSECURED | 750.00 | NA | NA | .00 | .00 |
| ALEXIAN BROTHERS | OTHER | .00 | NA | NA | .00 | .00 |
| ALEXIAN BROTHERS MED | UNSECURED | 2,730.00 | NA | NA | .00 | .00 |
| ALEXIAN BROTHERS MED | OTHER | .00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| APOLLO X RAY SERVICE | OTHER | .00 | NA | NA | .00 | .00 |
| APOLLO X RAY SERVICE | OTHER | .00 | NA | NA | .00 | .00 |
| APOLLO X RAY SERVICE | UNSECURED | 170.00 | NA | NA | .00 | .00 |
| ARLINGTON RIDGE PATH | UNSECURED | 30.00 | NA | NA | .00 | .00 |
| ARROW FINANCIAL SERV | UNSECURED | 475.00 | NA | NA | .00 | .00 |
| AT&T | UNSECURED | 70.00 | NA | NA | .00 | .00 |
| BANK OF AMERICA | OTHER | .00 | NA | NA | .00 | .00 |
| BANK OF AMERICA | UNSECURED | 700.00 | NA | NA | .00 | .00 |
| EAST BAY FUNDING | UNSECURED | 640.00 | 639.38 | 639.38 | .00 | .00 |
| BANKCARD SERVICES | UNSECURED | 335.00 | NA | NA | .00 | .00 |
| CANDICA LLC | UNSECURED | 300.00 | 62.27 | 62.27 | .00 | .00 |
| BARRINGTON ORTHOPEDI | UNSECURED | 310.00 | NA | NA | .00 | .00 |
| BENEFICIAL | UNSECURED | 705.00 | NA | NA | .00 | .00 |
| CAPITAL ONE | OTHER | .00 | NA | NA | .00 | .00 |
| CAPITAL ONE | OTHER | .00 | NA | NA | .00 | .00 |
| CANDICA LLC | UNSECURED | 1,160.00 | 1,241.06 | 1,241.06 | .00 | .00 |
| CANDICA LLC | UNSECURED | 820.00 | 843.63 | 843.63 | .00 | .00 |
| CANDICA LLC | UNSECURED | 880.00 | 904.92 | 904.92 | .00 | .00 |
| CARD MEMBER SERVICES | UNSECURED | 1,160.00 | NA | NA | .00 | .00 |
| CENTRAL DUPAGE HOSPI | UNSECURED | 170.00 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 8,340.00 | 8,496.73 | 8,496.73 | .00 | .00 |
| CHASE BANK USA | OTHER | .00 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 8,500.00 | 8,342.39 | 8,342.39 | .00 | .00 |
| PORTFOLIO INVESTMENT | UNSECURED | 4,000.00 | 3,671.06 | 3,671.06 | .00 | .00 |
| CHASE BANK | OTHER | .00 | NA | NA | .00 | .00 |
| CHASE BANK | UNSECURED | 17,000.00 | NA | NA | .00 | .00 |
| CLINICAL ASSOCIATES | OTHER | .00 | NA | NA | .00 | .00 |
| CLUB WYNDHAM PLUS CA | UNSECURED | 10,000.00 | NA | NA | .00 | .00 |
| CREDIT ONE BANK | OTHER | .00 | NA | NA | .00 | .00 |
| CREDIT ONE BANK | OTHER | .00 | NA | NA | .00 | .00 |
| LVNV FUNDING | UNSECURED | 1,700.00 | 1,785.34 | 1,785.34 | .00 | .00 |
| DUPAGE PATHOLOGY ASS | UNSECURED | 150.00 | NA | NA | .00 | .00 |
| EMERGENCY HEALTHCARE | UNSECURED | 230.00 | NA | NA | .00 | .00 |
| EMERGENCY HEALTHCARE | UNSECURED | 800.00 | NA | NA | .00 | .00 |
| ENHANCED RECOVERY CO | UNSECURED | 35.00 | NA | NA | .00 | .00 |
| FFCC COLUMBUS INC | UNSECURED | 90.00 | NA | NA | .00 | .00 |
| FFCC COLUMBUS INC | UNSECURED | 115.00 | NA | NA | .00 | .00 |
| NATIONAL CAPITAL MGM | UNSECURED | 430.00 | 426.33 | 426.33 | .00 | .00 |
| GEMB/JC PENNEY | UNSECURED | 450.00 | NA | NA | .00 | .00 |
| HARRIS & HARRIS | UNSECURED | 50.00 | NA | NA | .00 | .00 |
| HEALTH LAB | OTHER | .00 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 1,855.00 | 1,852.00 | 1,852.00 | .00 | .00 |
| HSBC | OTHER | .00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| HSBC | OTHER | .00 | NA | NA | .00 | .00 |
| CAVALRY PORTFOLIO SV | UNSECURED | 2,550.00 | 2,511.45 | 2,511.45 | .00 | .00 |
| HSBC AUTO FINANCE | UNSECURED | 6,890.00 | NA | NA | .00 | .00 |
| HSBC BANK | UNSECURED | 285.00 | NA | NA | .00 | .00 |
| HSBC BANK | UNSECURED | 300.00 | NA | NA | .00 | .00 |
| HSBC BANK OF NEVADA/ | UNSECURED | 2,480.00 | NA | NA | .00 | .00 |
| MIDLAND CREDIT MANAG | UNSECURED | 2,570.00 | 2,567.57 | 2,567.57 | .00 | .00 |
| HSBC BANK NEVADA | UNSECURED | 275.00 | 271.83 | 271.83 | .00 | .00 |
| HSBC CARD SERVICES | UNSECURED | 2,380.00 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 1,880.00 | 1,866.77 | 1,866.77 | .00 | .00 |
| HSBC CREDIT CENTER | UNSECURED | 2,940.00 | NA | NA | .00 | .00 |
| JANEEN SAMARTINO LCP | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| JEFFERSON CAPITAL CO | UNSECURED | 1,160.00 | NA | NA | .00 | .00 |
| KARE HOSPITAL MEDICI | UNSECURED | 40.00 | NA | NA | .00 | .00 |
| LAGRANGE MEM HOSPITA | UNSECURED | 45.00 | NA | NA | .00 | .00 |
| LOU HARRIS & CO | UNSECURED | 10.00 | NA | NA | .00 | .00 |
| MBOS CA | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| MBOS CLINICAL ASSOCI | UNSECURED | 500.00 | NA | NA | .00 | .00 |
| MIDLAND FUNDING LLC | UNSECURED | 3,000.00 | NA | NA | .00 | .00 |
| MONTERY COUNTY BANK | UNSECURED | 400.00 | NA | NA | .00 | .00 |
| NORTHWEST COMMUNITY | UNSECURED | 525.00 | 2,170.29 | 2,170.29 | .00 | .00 |
| NORTHWEST COMMUNITY | UNSECURED | 700.00 | NA | NA | .00 | .00 |
| NORTHWEST COMMUNITY | UNSECURED | 70.00 | NA | NA | .00 | .00 |
| NORTHWEST COMMUNITY | UNSECURED | 315.00 | NA | NA | .00 | .00 |
| NORTHWEST COMMUNITY | UNSECURED | 50.00 | NA | NA | .00 | .00 |
| NORTHWEST COMMUNITY | UNSECURED | 170.00 | NA | NA | .00 | .00 |
| NORTHWEST COMMUNITY | OTHER | .00 | NA | NA | .00 | .00 |
| NORTHWEST SUB ANESTH | UNSECURED | 110.00 | NA | NA | .00 | .00 |
| ORKIN PEST CONTROL | UNSECURED | 160.00 | NA | NA | .00 | .00 |
| PHYSICIAN ANESTHESIA | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| PHYSICIANS ANESTHESI | UNSECURED | 185.00 | NA | NA | .00 | .00 |
| QUEST DIAGNOSTIC | UNSECURED | 520.00 | NA | NA | .00 | .00 |
| SANTANDER CONSUMER U | OTHER | .00 | NA | NA | .00 | .00 |
| SANTANDER CONSUMER U | UNSECURED | 5,490.00 | NA | NA | .00 | .00 |
| ST ALEXIUS MEDICAL C | OTHER | .00 | NA | NA | .00 | .00 |
| ALEXIAN BROTHERS MED | UNSECURED | 475.00 | NA | NA | .00 | .00 |
| SUBURBAN ENDOCRINOLO | UNSECURED | 150.00 | NA | NA | .00 | .00 |
| SUBURBAN RADIOLOGIST | UNSECURED | 45.00 | NA | NA | .00 | .00 |
| VERIZON WIRELESS | UNSECURED | 540.00 | NA | NA | .00 | .00 |
| WEB BANK | UNSECURED | 340.00 | NA | NA | .00 | .00 |
| WOMENTS CONSULTANTS | UNSECURED | 115.00 | NA | NA | .00 | .00 |
| AFLAC | SECURED | NA | 700.67 | .00 | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | NA | 852.48 | 852.48 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| NELNET/US DEPT OF ED | UNSECURED | NA | 21,736.07 | 21,736.07 | .00 | .00 |
| FIFTH THIRD MORTGAGE | OTHER | .00 | NA | NA | .00 | .00 |
| CAPIO PARTNERS LLC | UNSECURED | NA | 163.00 | 163.00 | .00 | .00 |
| CAPIO PARTNERS LLC | UNSECURED | NA | 45.09 | 45.09 | .00 | .00 |
| ISAC | UNSECURED | NA | 15,443.24 | 15,443.24 | .00 | .00 |
| PALISADES COLLECTION | UNSECURED | NA | 213.63 | 213.63 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | 25,915.30 | 11,965.03 | .00 |
| Debt Secured by Vehicle | 10,977.95 | 1,858.87 | 291.13 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 36,893.25 | 13,823.90 | 291.13 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 76,807.20 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 4,100.75 |
| Disbursements to Creditors | $ | 14,115.03 |
| **TOTAL DISBURSEMENTS:** | $ | 18,215.78 |

12)   The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   07/09/2012                              /s/ Tom  Vaughn
                                                 Tom  Vaughn, Chapter  13  Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption  5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**